**Electronically Filed
Supreme Court
SCWC-24-0000766
10-AUG-2026
11:52 AM
Dkt. 14 ODAC**

SCWC-24-0000766

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

ALFRED OSCAR PASLEY,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000766; CASE NO. 2CPC-22-0000681)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Devens, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Nichols, assigned by reason of vacancy)

Petitioner Alfred Oscar Pasley's Application for Writ

of Certiorari, filed on June 15, 2026, is hereby rejected.

DATED: Honolulu, Hawai'i, August 10, 2026.

/s/ Vladimir P. Devens

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Steven R. Nichols

